# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 28, 2009

No. 08-50984
Summary Calendar

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

LOUIS B WATSON; CYNTHIA WATSON

Defendants-Appellants

v.

CHASE MORTGAGE SERVICES, INC.

Defendant-Appellee

Appeal from the United States District Court
for the Western District of Texas

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:[*]

Treating this "petition for writ of prohibition" and "assertion of rights" as an appeal from summary judgment, we affirm the judgment of the district court. The appellants provide no support for their assertions that the district court

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

lacked jurisdiction, that the district judge should have recused, or that they have any other factual or legal basis for relief.  AFFIRMED.